**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

JARRELL ROBERTS,

       Plaintiff,

  vs.

WAYPOINT RESOURCE GROUP LLC,

       Defendant.

Case No.:    **3:25-cv-05845-JNW**

**<u>ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES</u>**

THIS MATTER having come before the Court upon the Joint Stipulation to Extend Discovery Deadlines (the "Stipulation") submitted by Plaintiff Jarrell Roberts and Defendant Waypoint Resource Group LLC (collectively, the "Parties"), and the Court having reviewed the Stipulation and accompanying Memorandum of Points and Authorities, and being fully advised in the premises:

Daniel Zemel
Zemel Law LLC
660 Broadway
Paterson, New Jersey 07514
862-227-3106

THE COURT FINDS that good cause exists pursuant to Federal Rule of Civil Procedure 16(b)(4) to modify the Scheduling Order entered on January 20, 2026 [Doc. No. 17].

THE COURT FURTHER FINDS that the requested extension will not prejudice any party, as all Parties are in agreement with the proposed modification.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Scheduling Order is modified as follows:

| Deadline | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery End Date | June 29, 2026 | September 27, 2026 |
| Expert Designations | July 13, 2026 | October 11, 2026 |
| Rebuttal Reports | August 12, 2026 | November 10, 2026 |
| Expert Discovery End Date | September 18, 2026 | December 17, 2026 |
| Summary Judgment and Daubert Motions | October 19, 2026 | January 17, 2027 |

IT IS SO ORDERED.

DATED this 18th day of June, 2026.

_____

**Jamal N. Whitehead**

United States District Judge

(3:25-cv-05845)    Daniel Zemel
Zemel Law LLC
660 Broadway
Paterson, New Jersey 07514
862-227-3106